JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVA DOIEL,<br><br>            Plaintiff,<br><br>-vs-<br><br>SMITH'S FOOD & DRUG CENTERS, INC., an Ohio Corporation, THE KROGER CO., an Ohio Corporation, KROGER DEDICATED LOGISTICS CO., and Ohio Corporation, and DOES I-XX, inclusive,<br><br>            Defendants. | Case No. 3:19-cv-00390-MMD-CLB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, the parties and their counsel of record participated in a private mediation on May 11, 2021 which resulted in the parties agreeing upon a full and final settlement of this case and all claims asserted therein;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff NEVA DOIEL by and through her attorney of record, Stephen H. Osborne, Esq., and Defendant SMITH'S FOOD & DRUG CENTERS, INC. by and through its attorney of record, Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as follows:

1.     Plaintiff NEVA DOIEL'S claims herein against all Defendants shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

/ / /

/ / /

CLAC 6362772.1

2. That any remaining deadlines on the court's docket be vacated.

Respectfully submitted this 10th day of June, 2021.

                                                COOPER LEVENSON, P.A.

/s/ Stephen H. Osborne                 /s/ Jerry S. Busby
STEPHEN H. OSBORNE, ESQ.      JERRY S. BUSBY, ESQ.
Nevada Bar No. 004712                  Nevada Bar No.001107
232 Court Street                          3016 West Charleston Boulevard - #195
Reno, Nevada 89501                    Las Vegas, Nevada 89102
(775) 789-4944                            (702) 366-1125
Attorney for Plaintiff                     Attorneys for Defendant
NEVA DOIEL                               SMITH'S FOOD & DRUG CENTERS, INC.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:   June 11, 2021

2

CLAC 6362772.1